FILED
NOV 0 1 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA FLORES, <br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, <br> Defendant. | § <br> § <br> § <br> § Civil Action No. 5:10-CV-00266-OLG <br> § <br> § <br> § |

### ORDER IN REGARD TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

After considering Plaintiff's Motion For Attorneys' Fees, the Court finds that Plaintiff's Motion is meritorious and should be GRANTED.

IT IS THEREFOR, ORDERED THAT Plaintiff, Maria Flores, is awarded, and shall recover, from Defendant, Union Pacific Railroad Company, judgment for attorneys' fees in the amount of $8,050.00.

IT IS FURTHER ORDERED that Plaintiff, Maria Flores, shall be entitled to all writs and processes to aid in the collection of said judgment for attorneys' fees, for which let execution issue.

SIGNED on this __1__ day of __Nov.__, 2010.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

s/Marc G. Rosenthal
Marc G. Rosenthal